UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................X
STEPHEN A. BOYD, as Administrator of the Estate of
Gabriella Maria Boyd, deceased, an infant under the age
of 3 years, and STEPHEN A. BOYD, Individually,
                        Plaintiff,

        -against-

VILLAGE OF MAMARONECK, VILLAGE OF
MAMARONECK POLICE DEPARTMENT,
CHRISTOPHER LEAHY, INDIVIDUALLY
AND AS CHIEF OF POLICE OF THE VILLAGE
OF MAMARONECK, COUNTY OF WESTCHESTER,
ANTHONY A. SCARPINO, JR., INDIVIDUALLY
AND AS DISTRICT ATTORNEY OF THE COUNTY
OF WESTCHESTER, AHMED PEROV, INDIVIDUALLY
AND AS ASSISTANT DISTRICT ATTORNEY OF THE
COUNTY OF WESTCHESTER, MARY CLARK,
INDIVIDUALLY AND AS ASSISTANT DISTRICT
ATTORNEY OF THE COUNTY OF WESTCHESTER,
CHILD PROTECTIVE SERVICES, ANTHONY COLLETTI,
INDIVIDUALLY AND AS A POLICE OFFICER OF THE
VILLAGE OF MAMARONECK, GARY GALVAO,
INDIVIDUALLY AND AS A POLICE OFFICER OF THE
VILLAGE OF MAMARONECK, MICHAEL BONACCI,
INDIVIDUALLY AND AS A POLICE OFFICER OF THE
VILLAGE OF MAMARONECK, CYNTHIA ARCE, and
MARIA SOLORZANO,
                        Defendants.
...................................................................X

Docket No.: 19-cv-07569

**STIPULATION** AND ORDER OF REMAND

Seibel, J.

IT IS HEREBY STIPULATED by and among the parties, who have appeared in this action by their undersigned counsel, with the authority to do so, as follows:

1. This action, removed, by defendants Village of Mamaroneck, Village of Mamaroneck Police Department, Police Chief Christopher Leahy and Police Officers Anthony Colletti, Gary Galvao, and Michael Bonacci (collectively, "the Village defendants") and joined in by defendants County of Westchester, Child Protective Services, District Attorney Anthony Scarpino, Assistant District Attorney Amit Parab (sued herein as Ahmed Perov) and Assistant District Attorney Mary Clark (collectively, the "County defendants"), to the United States District Court, Southern District of New York, is hereby remanded under the same County of Westchester index number, on consent, to the Supreme Court, Westchester County, from which it was removed.

2. As an express condition of this consensual remand, the federal claims in the verified complaint, dated July 16, 2019, Dkt. No. 1-1, contained in the Thirty-Fourth Cause of Action arising under 42 U.S.C. § 1983 and the Fourteenth Amendment of the United States Constitution, as against all defendants, are hereby dismissed with prejudice. Plaintiff represents there are no other federal claims in the verified complaint.

3. Within thirty (30) days after the filing of this Court's Order of Remand or notice from the Westchester County Clerk that the action has been remanded to the Supreme Court, Westchester County, whichever comes first, plaintiff shall file an amended verified complaint that neither includes the federal claim in the Thirty-Fourth Cause of Action of the originally filed verified complaint nor includes any federal claim.

4. The Village defendants and the County defendants hereby withdraw the removal petition and plaintiff hereby withdraws his motion for remand and supplemental motion for remand.

Dated: Rye Brook, New York
November 5, 2019

_____
Robert I. Gruber, P.C.
By: Robert I. Gruber, Esq.
Attorneys for Plaintiff
800 Westchester Ave., Suite 641N
Rye Brook, New York 10573
(w)(914) 697-7606
Email: rgruberlaw@aol.com

_____
Jane Hogan Felix, Esq.
Westchester County Attorney
*Attorneys for the County defendants*
148 Martine Avenue, Room 600
White Plains, NY 10601
914-995-2660
E-mail: jhh3@westchestergov.com

_____
Joanna Topping, Esq.
Spolzino Smith Bush & Jacobs, LLP
*Attorneys for the Village defendants*
81 Main Street, Suite 306
White Plains, NY 10601
914-476-0600
E-mail: jtopping@ssbjlaw.com

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.          11/6/19

2